TOWN OF TRUMBULL ET AL. *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Ralph L. Palmesi,* in support of the petition.

*Mitchell W. Pearlman* and *Arthur D. Friedman,* in opposition.

Submitted May 8—decided May 23, 1979

MARY ANNE GRADY *v.* ST. MARY'S HOSPITAL ET AL.

The defendants' petition for certification for appeal from the Superior Court in the judicial district of Waterbury is granted by the court.

*Anthony M. Fitzgerald,* in support of the petition.

*Thomas V. Riley,* in opposition.

Submitted May 1—decided May 31, 1979

SAFECO INSURANCE COMPANY OF AMERICA *v.*
MARIE A. PARILLO

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*William F. Gallagher, Donald G. Walsh,* and *Jeffrey A. Rozen,* in support of the petition.

*Bruce L. Levin,* in opposition.